*Jackson M. Sigmon,* Special Deputy Attorney General, with him *Edward Friedman,* Counsel General, and *William C. Sennett,* Attorney General, for Pennsylvania Fish Commission, appellant.

*Norman Seidel,* with him *Daniel E. Cohen,* for appellee.

OPINION PER CURIAM, April 22, 1970:
Affirmed.
Mr. Justice JONES and Mr. Justice COHEN dissent.

Lindsey Estate.

Argued January 7, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*W. Joseph Harrison, III,* for appellant.

*Richard L. Grossman,* with him *Smith, Aker, Grossman & Hollinger,* for appellee.

OPINION PER CURIAM, April 22, 1970:
Decree affirmed.  Each party to bear own costs.

## Hanover Township Northampton County Authority *v.* D & M Construction Co., Inc., Appellant.

Argued January 19, 1970.  Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Martin Cohen,* with him *Gus Milides* and *Charles Spaziani,* for appellant.

*Norman Seidel,* with him *Leonard M. Cohn,* for appellee.

OPINION PER CURIAM, April 22, 1970:
Order affirmed.

## Romanik Appeal.

Submitted April 20, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.